[No. 17799–1–I. Division One. July 29, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL OWENS FREEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King

1080

County, No. 85-1-02992-1, Donald D. Haley, J., entered January 8, 1986. *Affirmed* by unpublished per curiam opinion.